No. 81–5321. ENMUND v. FLORIDA. Sup. Ct. Fla. [Certiorari granted, 454 U. S. 939.] Motion of George R. Georgieff to permit Lawrence A. Kaden, Esquire, to present oral argument *pro hac vice* granted. Motion of William C. McLain to permit James S. Liebman, Esquire, to present oral argument *pro hac vice* granted.

No. 81–5900. IN RE TALLEY. Petition for writ of mandamus denied.

No. 81–1105. IN RE HOEHN. Petition for writ of mandamus and/or other relief denied.

No. 81–1119. IN RE ELLIS ET AL. Petition for writ of prohibition and/or other relief denied.

No. 81–897. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR v. PERINI NORTH RIVER ASSOCIATES ET AL. C. A. 2d Cir. Certiorari granted.

No. 81–1055. POYTHRESS, SECRETARY OF STATE OF GEORGIA, ET AL. v. DUNCAN ET AL. C. A. 11th Cir. Certiorari granted.

No. 81–1064. CITY OF LOS ANGELES v. LYONS. C. A. 9th Cir. Certiorari granted.

No. 81–1203. MOSES H. CONE MEMORIAL HOSPITAL v. MERCURY CONSTRUCTION CORP. C. A. 4th Cir. Certiorari granted.

No. 81–927. CONNECTICUT v. JOHNSON. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.